UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEX AYBAR, FLEVIDEX ABREU, and MANUEL ROA,

Plaintiffs,

-against-

WILLIAM ALFREDO SARES and MAXSHEYLI DELIVERY SERVICES LLP,

Defendants.

26-CV-7522 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Defendants' second amended notice of removal, Dkt. 12, cures the jurisdictional defects identified in the Court's prior orders. As indicated in the Court's September 4, 2026 order, Dkt. 5, this case is referred to mediation. The deadlines and obligations set forth in that order are now in effect. If the mediation is unsuccessful, the parties shall promptly request that an initial pre-trial conference be scheduled. The parties may consent to proceed for all purposes before the assigned Magistrate Judge (the appropriate form for which is available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge).

SO ORDERED.

Dated: September 15, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge